UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOY AND DANTE GUINTO,
individuals,

                                    NO. CIV. S-11-372 LKK/GGH

        Plaintiffs,

  v.

WELLS FARGO BANK, a National
Association; and DOES 1                   O R D E R
through 50, inclusive,

        Defendants.
_____/

    Defendant Wells Fargo Bank, N.A. in the above captioned case filed a motion to dismiss plaintiffs Joy and Dante Guinto's complaint which is set to be heard on May 23, 2011. Pursuant to Local Rule 230(c), plaintiffs' opposition or statement of non-opposition was due on May 9, 2011. Plaintiffs filed their opposition after close of business on May 12, 2011.

    Based on the above, the court ORDERS as follows:

    1.    Counsel for plaintiffs is hereby ORDERED TO SHOW CAUSE in writing why sanctions should not issue in accordance with

1

1 | Local Rule 110, including a fine of $150 and/or dismissal
2 | of this case, for their failure to file an opposition or
3 | statement of non-opposition to the motions. See also
4 | Fed. R. Civ. P. 41(b), Link v. Wabash R.R., 370 U.S. 626,
5 | 633 (1962). Counsel shall file a response to this order
6 | to show cause no later than May 23, 2011.

2. Additionally, the court does not find oral argument necessary in this matter. Accordingly, the hearing on the above motion currently set for May 23, 2011 (Doc. Nos. 16, 20) is VACATED. Deadlines for filing reply memoranda, if any, remain unchanged.

IT IS SO ORDERED.

DATED: May 13, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2