UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOY AND DANTE GUINTO, individuals,

        Plaintiffs,

   v.

WELLS FARGO BANK, a National Association; and DOES 1 through 50, inclusive,

        Defendants.
_____/

NO. CIV. S-11-372 LKK/GGH

O R D E R

On May 13, 2011, the court ordered counsel for plaintiffs Joy and Dante Guinto to show cause why sanctions in the amount of $150 should not issue for plaintiffs' counsel's failure to timely file an opposition to defendant Wells Fargo Bank's motion to dismiss. See ECF No. 31. On May 16, 2011, counsel responded to the order to show cause. See ECF No. 32. Counsel argues that he incorrectly calendared the deadline for submitting the opposition.

No good cause shown, the court hereby ORDERS that counsel for plaintiff is SANCTIONED in the amount of one hundred and fifty

1

1  ($150.00) dollars. This sum shall be paid to the Clerk of the Court
2  no later than thirty (30) days from the date of this order. Counsel
3  shall file an affidavit accompanying the payment of this sanction
4  which states that it is paid personally by counsel, out of personal
5  funds, and is not and will not be billed, directly or indirectly,
6  to the client or in any way made the responsibility of the client
7  as attorneys' fees or costs.

8   IT IS SO ORDERED.

9   DATED:  May 16, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT